UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

Jason Baker

SOCIAL SECURITY:
DATE OF BIRTH:
DRIVER'S LICENSE:
ADDRESS:

_____   _____   _____
CITY          STATE      ZIP CODE

CASE/CITATION NO. _Mag. 07-007_

**ORDER TO PAY**

**FILED**
FEB 14 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _14Feb07_      X _____
                     DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(X) Fine: $ _350.00_ and a penalty assessment of $ _10.00_ for a TOTAL AMOUNT OF: $ _360.00_ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _Today_ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                              CLERK, USDC              CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA)    1130 O STREET, RM 5000   501 "I" STREET
POST OFFICE BOX 740026            FRESNO, CA 93721         SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _2/14/07_        _____
                       U.S. MAGISTRATE JUDGE

Clerk's Office